UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re:                                                    )
                                                          )
DAVID LEE COLLINS,                                        )     Case No. 2:13-cv-02312-GMN-GWF
                                                          )
       Petitioner                                         )     **ORDER**
                                                          )
_____)

       This matter comes before the Court on Petitioner David Collins' ("Collins") Motion to Discharge (#2), filed on December 19, 2013.  Although Collins styled this pleading as a motion, and although the Court is entirely unable to discern the relief Collins seeks, the Court construes the motion as a petition for the purposes of initiating an action.  Under 28 U.S.C. § 1914, parties initiating an action must pay a filing fee.  Pursuant to local Judicial Conference Policy effective May 1, 2013, the filing fee to initiate an action in the District of Nevada is $400.00.  Collins has not paid the filing fee.  The Court instructs Collins to either pay the filing fee or file a motion to proceed in forma pauperis, which, if granted, will permit him to pursue this action without paying the fee.  Accordingly,

       **IT IS HEREBY ORDERED** that Petitioner David Collins shall either pay the $400.00 filing fee or file a proper motion to proceed in forma pauperis within 30 days of the date of this Order.  Absent the fee's payment or a motion to proceed in forma pauperis, the Court will recommend dismissal of this action.

       DATED this 21st day of January, 2014.

                                                     _____
                                                     GEORGE FOLEY, JR.
                                                     United States Magistrate Judge