## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DAVID LEE COLLINS,<br><br>        Petitioner | Case No. 2:13-cv-02312-GMN-GWF<br><br>**FINDINGS AND<br>RECOMMENDATION** |

       This matter comes before the Court on Petitioner David Lee Collins' ("Petitioner") failure to file a motion to proceed *in Forma Pauperis* or to pay the $400.00 filing fee pursuant to the Court's Order (#3), filed on January 21, 2014.

       This matter commenced on December 19, 2013, with the filing of Petitioner's Sealed Motion to Discharge (#2). On January 21, 2014, the Court ordered that the Petitioner either pay the $400.00 filing fee or file a proper motion to proceed *in Forma Pauperis* within thirty (30) days of the order to proceed with his action. *See Dkt. #3*. Petitioner was cautioned that failing to do so may result in the dismissal of his action.

       Pursuant to Fed. R. Civ. P. 41(b), the Court may dismiss an action with prejudice if the Petitioner fails to prosecute or to comply with these rules or a court order. Pursuant to Order #3, Petitioner had until February 20, 2014 to either pay the filing fee or file a motion to proceed *in Forma Pauperis*. Notice was mailed to Plaintiff on January 21, 2014. More than six months have elapsed since the order was mailed and Plaintiff has not complied with the Court's Order (#3). Accordingly,

. . .

. . .

. . .

**RECOMMENDATION**

**IT IS HEREBY RECOMMENDED** that Petitioner's action be **dismissed with prejudice.**

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 22nd day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge