UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID LEE COLLINS, ) | Case No. 2:13-cv-02312-GMN-GWF |
| ) | |
| Petitioner ) | **ORDER** |
| ) | |
| ) | |
| _____ ) | |

    This matter is before the Court on Petitioner David Lee Collins' Petition for a Writ of Debts (#15), filed on May 29, 2015. This matter is also before the Court on Petitioner David Lee Collins' Motion to Quash (#16), filed on May 29, 2015.

    Petitioner attempted to commence an action on December 19, 2013 (#2). The Court instructed him to pay the required filing fee or his case would be dismissed (#3). The case was dismissed with prejudice on October 6, 2014 (#9). The Petitioner has since filed multiple motions seeking to resolve the initial dispute. The Court is not entirely certain what relief the Petitioner seeks, but it appears he is attempting to pay a debt. Should the Petitioner wish to pursue a civil action, he may do so by filing a complaint and paying the filing fee. If the Petitioner cannot afford the filing fee, he may submit an application to proceed *in forma pauperis*. The Petitioner's current motions are moot, because he does not currently have a case pending. Accordingly,

    **IT IS HEREBY ORDERED** that Petitioner's Petition for a Writ of Debts (#15) is **denied**.

    **IT IS FURTHER ORDERED** that Petitioner's Motion to Quash (#16) is **denied**.

    **DATED** this 4th day of June, 2015.

                                                                   GEORGE FOLEY, JR.
                                                                   United States Magistrate Judge