**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re:

DAVID LEE COLLINS,

          Petitioner.

Case No.: 2:13-cv-02312-GMN-GWF

**ORDER**

Pending before the Court is Petitioner David Lee Collins' ("Petitioner") Application for Leave to Present Tender of Payment. (ECF No. 20).  Also pending before the Court is Petitioner's Motion to Correct Special Order No. 108. (ECF No. 13).

Petitioner initiated this action on December 19, 2013. (ECF No. 2).  The Court instructed him to either pay the required filing fee or file a proper motion to proceed *in forma pauperis*. (ECF No. 3).  Petitioner failed to comply with the Court's Order, and the case was dismissed with prejudice on October 6, 2014. (ECF No. 9).  Thereafter, Petitioner filed multiple motions apparently attempting to resolve the initial dispute and settle an alleged debt. (ECF Nos. 15, 16).  As the Court already dismissed Petitioner's case, these motions were denied as moot. (ECF No. 17).

In the instant motions, Petitioner again attempts to settle some form of debt.  Petitioner also challenges the sufficiency of Special Order No. 108, which has since been replaced by Local Rules Part IC.  Neither of Petitioner's motions have any basis in this already dismissed action.  Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Application for Leave to Present Tender of Payment, (ECF No. 20), is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Correct Special Order No. 108, (ECF No. 13), is **DENIED**.

**DATED** this __5__ day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge